## PERKUMPULAN INVESTOR CRISIS CENTER DRESSEL–WBG, Plaintiff–Appellant,

v.

## Danny MK WONG, also known as Wong Man Kee; et al., Defendants–Appellees.

No. 09–36059.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 2, 2010.

Filed Sept. 15, 2010.

David R. Ebel, Averil Rothrock, Matthew Turetsky, Schwabe Williamson & Wyatt, PC, Seattle, WA, Douglas Gross, Esquire, General Counsel, Craig Weiner, Esquire, Hofheimer, Gartlir & Gross, New York, NY, for Plaintiff–Appellant.

Danny MK Wong, Hong Kong, pro se.

Donald Sherer, Wrangell, AK, pro se.

Michelle Sherer, Wrangell, AK, pro se.

Kenneth McCabe, Hurricane, UT, pro se.

Juli E. Farris, Esquire, Gretchen Obrist, Lynn Lincoln Sarko, Keller Rohrback LLP, Stellman Keehnel, Nicole M. Tadano, DLA Piper US, LLP, Craig H. Howe, Esquire, Blake D. Miller, Esquire, Miller Guymon, PC, Stephen A. Smith, K & L Gates LLP, James C. Fowler, Vandeberg Johnson & Gandara, Jason W. Anderson, Esquire, Nicholas P. Scarpelli, Jr., Esquire, Carney Badley Spellman, P.S., Benjamin Jared Stone, Cozen O'Connor, Seattle, WA, Andrew L. Symons, Esquire, Inslee Best Doezie & Ryder, Bellevue, WA, John S. Ganz, Esquire, James A. Morsch, Butler Rubin Saltarelli & Boyd LLP, Chicago, IL, for Defendants–Appellees.

Before: HAWKINS, McKEOWN and BEA, Circuit Judges.

## MEMORANDUM *

We adopt the well-considered opinion of the district court and **affirm** its judgment.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.